871 A.2d 790

**COMMONWEALTH of Pennsylvania, Petitioner**

**v.**

**James August LEHMAN, Respondent.**

Supreme Court of Pennsylvania.

April 5, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of April 2005, the Petition for Allowance of Appeal is GRANTED, limited to the following question:

Whether the detention and boarding of respondent's vessel was valid under the Fourth Amendment of the United States Constitution and Article I, Section 8 of the Pennsylvania Constitution?